1  Nathan M. Smith (SBN 255212)
   **BROWN NERI, SMITH & KHAN LLP**
2  11766 Wilshire Boulevard, Suite 1670
   Los Angeles, California 90025
3  Telephone: (310) 593-9890
   Facsimile:  (310) 593-9980
4
   *Attorney for Plaintiff*
5  *Brendan Quinn*

6

7  Ann Marie Mortimer (SBN 169077)
   amortimer@hunton.com
   Jason J. Kim (SBN 221476)
8  kimj@hunton.com
   Kirk A. Hornbeck (SBN 241708)
9  khornbeck@hunton.com
   **HUNTON & WILLIAMS LLP**
10 550 South Hope Street, Suite 2000
   Los Angeles, California 90071-2627
11 Telephone: (213) 532-2000
   Facsimile:  (213) 532-2020
12
   *Attorneys for Defendant*
13 *Yahoo! Inc.*

14

15                 **UNITED STATES DISTRICT COURT**

16     **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

17

18 BRENDAN QUINN, individually and       CASE NO.:  2:16-CV-8036-AG-KES
   on behalf of all others similarly situated,

19
                                          **JOINT STIPULATION TO**
20         Plaintiff,                      **REMAND CASE TO STATE**
                                          **SUPERIOR COURT**
21
   v.
22

23

24 YAHOO! INCORPORATED, and
   DOES 1 through 200, inclusive,
25
                                          Complaint Filed:  September 27, 2016
26         Defendants.

27

28

---

JOINT STIPULATION TO REMAND CASE TO STATE SUPERIOR COURT
                                        Case No.: 2:16-CV-8036-AG-KES

Plaintiff Brendan Quinn ("Plaintiff") and Defendant Yahoo! Inc. ("Yahoo") (together, the "Parties") by and through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS, this action was originally filed in the Superior Court of California, County of Los Angeles, Case No. BC 635382, on or around September 27, 2016;

2. WHEREAS, on or about October 28, 2016, Yahoo filed a Notice of Removal of the Action to this Court pursuant to 28 U.S.C. §§ 1446 and 1453;

3. WHEREAS, Plaintiff contends the instant action was not properly removed;

4. WHEREAS, Plaintiff takes the position that he previously amended his complaint to change the class definition to California "citizens," rather than "residents";

5. WHEREAS, the Parties agree to remand this action to the court in which it was originally filed, subject to the conditions set forth herein;

6. WHEREAS, the Parties agree that nothing in this stipulation shall constitute a waiver of Yahoo's rights to, among other things, seek a stay of the proceedings or challenge whether venue is proper in the Los Angeles County Superior Court following remand, or Plaintiff's rights to oppose such relief; and

7. WHEREAS, the Parties agree that this stipulation applies only to the above-captioned case and does not constitute an acknowledgement or admission of counsel as to the appropriateness of a putative class definition.

THEREFORE, THE PARTIES HEREBY STIPULATE, through their respective counsel of record, that:

1. This action should immediately be remanded to the court in with it was originally filed, subject to the conditions set forth in Paragraph 3 below;

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action;

1        3.    The Parties agree to withdraw all pending motions before this Court,

2    and all pending deadlines and hearings in this case should be taken off the Court's

3    calendar; and

4        4.    The Parties agree that the concurrently filed [Proposed] Order is

5    acceptable.

6

7    Dated:  November 16, 2016          By:   /s/ Nathan M. Smith

8                                                   Nathan M. Smith

9                                                   Attorney for Plaintiff

10                                                  Brendan Quinn

11   Dated: November 16, 2016          By:   /s/ Jason J. Kim

12                                                  Jason J. Kim

13                                                Attorneys for Defendant

14                                                  Yahoo! Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 16, 2016         /s/ Jason J. Kim

Jason J. Kim

JOINT STIPULATION TO REMAND CASE TO STATE SUPERIOR COURT

Case No.: 2:16-cv-8036-AG-KES

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 16, 2016, I caused to be filed the foregoing JOINT STIPULATION TO REMAND CASE TO SUPERIOR COURT.  This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: November 16, 2016          /s/ Jason J. Kim
                                              Jason J. Kim

---

4
